

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

Loretta M. Gastwirth, Esq.
Ext. 119
Email: lgastwirth@meltzerlippe.com

October 18, 2021

**Via ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   Brighthouse Life Insurance Company of New York v. Meryl Mosack, as Preliminary Executor of the Estate of Joyce Fabian, and Natascha Wolf, 21 Civ. 6052 (PGG)

Dear Judge Gardephe:

We represent Defendant Natascha Wolf in this Interpleader Action brought by Plaintiff Brighthouse Life Insurance Company of New York. Respectfully, and on consent of counsel for all parties, we submit this letter to request an adjournment of a pre-trial conference currently scheduled with the Court for November 4, 2021 at 11:00 a.m. The reason the adjournment is requested is because I am the primary litigation attorney handling this matter for Defendant Wolf and I am scheduled to conduct a full-day mediation on November 4, 2021.

All counsel are available to attend a pre-trial conference the following day, November 5, 2021, if that meets with the Court's schedule. Counsel also request that the Court's pre-trial conference be conducted remotely.

Thank you for your attention to this matter.

Respectfully submitted,

Loretta M. Gastwirth

MEMO ENDORSED

The conference scheduled for November 4, 2021 is adjourned to **November 18, 2021 at 9:45 a.m.** by telephone. The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The Court is holding multiple telephone conferences on this date. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. Two days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.

SO ORDERED.

Paul G. Gardephe
United States District Judge

October 26, 2021