UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIGHTHOUSE LIFE INSURANCE
COMPANY OF NY,

      Plaintiff,

 -against-

MERYL MOSACK, *as Preliminary Executor of the Estate of Joyce Fabian*, and NATASCHA WOLF,

      Defendants.

**ORDER**

21 Civ. 6052 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

  The briefing schedule for Defendant Natascha Wolf's motion for judgment on the pleadings is as follows:

  Defendant Wolf's motion is due by December 6, 2021;

  Plaintiff's and Defendant Meryl Mosack's opposition is due December 27, 2021;

  Defendant Wolf's reply is due January 3, 2022.

  The parties' proposed Interpleader Motion will also be filed by December 6, 2021.

  The conference currently scheduled for November 18, 2021 is adjourned sine die.

Dated: New York, New York
   November 15, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge