# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

BRIGHTHOUSE LIFE INSURANCE
COMPANY OF NY,

          Plaintiff,

-against-

MARYL MOSACK, as Preliminary Executor
Of the Estate of Joyse Fabian; and NATASHA
WOLF,

          Defendant.

-------------------------------------------------------------X

21 **CIVIL** 6052 (PGG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated June 8, 2023, Defendant Mosack's motion for judgment on the pleadings is denied, and Defendant Wolfs motion for judgment on the pleadings is granted. Within seven days of this Order, Meltzer Lippe, as escrow agent, will distribute the funds in the escrow account to Defendant Wolf; accordingly, this case is closed.

**Dated:** New York, New York
       June 8, 2023

                                    **RUBY J. KRAJICK**

                                        **Clerk of Court**

**BY:**

                                        **Deputy Clerk**